UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL P. KEARNS, in his official capacity as Clerk of the County of Erie, New York

      Plaintiff,

-v-

ANDREW M. CUOMO, in his official capacity as Governor of the State of New York, LETITIA A. JAMES, in her official capacity as Attorney General of the State of New York, and MARK J.F. SCHROEDER, in his official capacity as Commissioner of the New York State Department of Motor Vehicles,

      Defendants.

NOTICE OF MOTION FOR INTERVENTION TO MOVE FOR DISMISSAL OF THE COMPLAINT OR ALTERNATIVELY TO BE PERMITTED TO PARTICIPATE AS AMICUS CURIAE

Case # 19-cv-902



**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that at the courthouse, 2 Niagara Square, Buffalo, New York on a date and time to be scheduled by the Court, Plaintiff Daniel T. Warren ("Movant-Intervenor") will, and hereby does, move this court for permission to intervene in this action in order to move for dismissal of the complaint or alternatively for leave to participate in this action as amicus curiae; together with such other and further relief as the Court deems just and proper.

This motion is brought pursuant to FRCP 24 and is based on the pleadings and papers on file in this action, this notice, the accompanying memorandum of law, the declaration of Daniel T. Warren together with whatever evidence and argument is presented at any hearing of this motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7(b)(2)(A), unless ordered by the Court, responding papers, if any, are to twenty-eight (28) days after service of the motion to file and serve responding papers, and the moving party shall have fourteen (14) days after service of the responding papers to file and serve reply papers.

DATED:	August 5, 2019
	Buffalo, New York

	/s/ Daniel T. Warren
	Daniel T. Warren
	Movant-Intervenor, Pro Se
	836 Indian Church Road
	West Seneca, New York 14224
	716-265-0526