

# COUNTY OF ERIE

MICHAEL A. SIRAGUSA
COUNTY ATTORNEY

### MARK C. POLONCARZ
COUNTY EXECUTIVE

MICHELLE M. PARKER
FIRST ASSISTANT COUNTY ATTORNEY

DEPARTMENT OF LAW

JEREMY C. TOTH
SECOND ASSISTANT COUNTY ATTORNEY

August 20, 2019

***Via Facsimile (585.613.4325) & U.S. Mail***
Hon. Elizabeth Wolford
United States District Court, WDNY - Rochester Division
United States Courthouse
100 State Street
Rochester, New York 14614

> Re:   **Kearns, Michael P. v. Governor Andrew Cuomo, et al.**
> **Our File No.: 7-20190009**
> **W.D.N.Y. Case No.: 1:19-cv-00902-EAW**

Dear Judge Wolford:

Pursuant to your Text Order of August 19, 2019 (Dkt. No. 26), please be advised that Linda Fang, Esq., representing the defendants, and we, representing the plaintiff, have consulted and agreed to present the following proposed Briefing Schedule for your consideration.

BRIEFING SCHEDULE:

1) Sept. 16, 2019:
    a)    Plaintiff's reply in support of plaintiff's motion for a preliminary injunction due;
    b)    Plaintiff's opposition to defendants' motion to dismiss complaint due.

2) Sept. 27, 2019:
    a)    Defendants' reply in support of defendants' motion to dismiss complaint due;
    b)    Responses to Immigration Law Reform Institute's *amicus* brief due;
    c)    Responses to Connecticut Attorney General's *amicus* brief due.

I have included the deadlines for responses to the two aforementioned *amicus curiae* briefs because both the defendants' attorneys and we request that our times to respond thereto be extended from September 16, 2019 until and including September 27, 2019.

Hon. Elizabeth Wolford
August 20, 2019
Page 2

Finally, in light of the fact that the defendants proposed a September 27th due date for their reply papers in support of their motion to dismiss the complaint that is beyond the previously-scheduled September 25th oral argument date, plaintiff, with the consent of Ms. Fang, respectfully requests that oral argument be rescheduled from September 25, 2019 at 2:00 p.m. here in Buffalo until October 4, 2019 at 2:00 p.m. (or, at such other time on that date as is convenient for the Court) here in Buffalo.

Should the Court have any questions or concerns, please do not hesitate to contact me. I anticipate filing this letter electronically with the Court's CM/ECF system, which will then email this letter to the attorneys of record for the parties named as plaintiff and defendants herein.

Thank you for your consideration.

Very truly yours,

MICHAEL A. SIRAGUSA
Erie County Attorney

By Kenneth R. Kirby
Kenneth R. Kirby
Assistant County Attorney
Direct Dial: (716) 858-2226
E-mail: Kenneth.Kirby@erie.gov

KRK/dld

cc:    George M. Zimmermann, Esq. (via first-class mail)
       Joel J. Terragnoli, Esq. (via first-class mail)
       Linda Fang, Esq. (via first-class mail)
       Christopher J. Hajec, Esq.(via first-class mail)
       Joshua Perry, Esq.(via first-class mail)
       Daniel T. Warren, *Pro Se* (via first-class mail)

## CERTIFICATE OF SERVICE

We hereby certify that on August 20, 2019 we electronically filed the foregoing with the clerk of the District Court using its CM/ECF system, and on the same date we mailed a true copy of the foregoing, via the United States Postal Service, to the following non-CM/ECF participant at the following address, by depositing into a United States Postal Service receptacle/depository provided for the same, a true copy of the foregoing, sealed in a postage prepaid, properly addressed wrapper, addressed to the Plaintiff *Pro Se* as follows, which is his last known address:

Daniel T. Warren, *Pro Se*
836 Indian Church Road
West Seneca, NY 14224

AND, we hereby certify that on August 20, 2019 we electronically filed with the clerk of District Court using its CM/ECF system, and on the same date the court's CM/ECF system caused to be (electronically) served the foregoing to the following CM/ECF participants at the following (email) addresses:

George M. Zimmerman, Esq.
New York State Office of the Attorney General
Attorney for the Defendant(s) Governor Andrew M. Cuomo, Attorney General Letitia A. James, and Commissioner of the New York State Department of Motor Vehicles Mark J.F. Schroeder.
**Office & P. O. Address:**
Main Place Tower
Suite 300A
350 Main Street
Buffalo, New York 14202
Phone: (716) 853-8400
Email: George.Zimmerman@ag.ny.gov

Joel J. Terragnoli, Esq.
New York State Office of the Attorney General
Attorney for the Defendant(s) Governor Andrew M. Cuomo, Attorney General Letitia A. James, and Commissioner of the New York State Department of Motor Vehicles Mark J.F. Schroeder.
**Office & P. O. Address:**
Main Place Tower
Suite 300A
350 Main Street
Buffalo, New York 14202
Phone: (716) 853-8400
Email: Joel.Terragnoli@ag.ny.gov

Linda Fang, Esq.
New York State Office of the Attorney General
Attorney for the Defendant(s) Governor Andrew M. Cuomo, Attorney General Letitia A. James,
and Commissioner of the New York State Department of Motor Vehicles Mark J.F. Schroeder.
**Office & P. O. Address:**
28 Liberty Street, 23rd Floor
New York, New York 10005
Phone: (212) 416-8656
Email: Linda.Fang@ag.ny.gov


AND, we hereby certify that on August 20, 2019 we mailed a true copy of the foregoing
via the United States Postal Service, to each of the following non-CM/ECF participants at the
following addresses, by depositing into a United States Postal Service receptacle/depository
provided for the same, true copies of the foregoing, sealed in postage prepaid, properly addressed
wrappers, addressed to each of the following "amicus curiae" counsel at the following addresses,
which are their last known addresses:


Christopher J. Hajec, Esq
Attorney for Immigration Reform Law Institute, appearing "*amicus curiae*"
**Office & P. O. Address:**
Christopher J. Hajec, Esq.
Immigration Law Reform Institute
25 Massachusetts Ave. NW
Suite 335
Washington, DC 20001
Phone: (202) 232-5590
Email: chajec@irli.org


Joshua Perry, Esq.
Special Counsel for Civil Rights for the Attorney General of the State of Connecticut, appearing
"*amicus curiae*"
**Office & P. O. Address:**
Office of the Attorney General of the State of Connecticut
Joshua Perry, Esq.
Special Counsel for Civil Rights
P.O.Box 120
55 Elm Street
Hartford, CT 06106
Phone: (860) 808-5372
Email: Joshua.perry@ct.gov

Dated:   Buffalo, New York
        August 20, 2019

                                        MICHAEL A. SIRAGUSA, ESQ.
Erie County Attorney and Attorney for
Plaintiff Michael P. Kearns in his official
capacity as Clerk of the County of Erie,
New York

By:   s/ Kenneth R. Kirby
KENNETH R. KIRBY, ESQ.
Assistant County Attorney, of Counsel
95 Franklin Street, Suite 1635
Buffalo, NY  14202
Tel:  (716) 858-2208
Email: kenneth.kirby@erie.gov

By:   s/Thomas J. Navarro, Jr.
THOMAS J. NAVARRO, JR.
Assistant County Attorney, of Counsel
95 Franklin Street, Suite 1635
Buffalo, NY  14202
Tel:  (716) 858-2208
Email:  thomas.navarro@erie.gov