UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL P. KEARNS, in his official capacity as Clerk of the County of Erie, New York

                Plaintiff,

-v-

ANDREW M. CUOMO, in his official capacity as Governor of the State of New York, LETITIA A. JAMES, in her official capacity as Attorney General of the State of New York, and MARK J.F. SCHROEDER, in his official capacity as Commissioner of the New York State Department of Motor Vehicles,

                Defendants.

**CONSENT TO ELECTRONIC SERVICE**

Case # 19-cv-902



I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account ( d.warren@roadrunner.com ) and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the above entitled case and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

DATED: September 9, 2019
Buffalo, New York

/s/ Daniel T. Warren
Daniel T. Warren
Movant-Intervenor, Pro Se
836 Indian Church Road
West Seneca, New York 14224
716-265-0526

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL P. KEARNS, in his official capacity as Clerk of the County of Erie, New York

      Plaintiff,

-v-

ANDREW M. CUOMO, in his official capacity as Governor of the State of New York, LETITIA A. JAMES, in her official capacity as Attorney General of the State of New York, and MARK J.F. SCHROEDER, in his official capacity as Commissioner of the New York State Department of Motor Vehicles,

      Defendants.

**DECLARATION OF SERVICE**

Case # 19-cv-902

I, Daniel T. Warren, make the following declaration under the penalties of perjury that the following is true and correct, to the best of my knowledge, information and belief.

On September 9, 2019, I served the within Consent to Electronic Service in the above entitled action by electronic mail to the following:

Thomas J. Navarro, Esq.
Erie County Law Department
95 Franklin Street, Suite 1634
Buffalo, NY 14202
thomas.navarro@erie.gov

Kenneth R. Kirby
County of Erie
Department of Law
95 Franklin Street,
Suite 1634
Buffalo, NY 14202
kenneth.kirby@erie.gov

George Michael Zimmerman, Esq.
NYS Attorney General's Office
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
George.Zimmermann@ag.ny.gov

Linda Fang
New York State Office of the Attorney General
28 Liberty Street
23rd Floor
New York, NY 10005
linda.fang@ag.ny.gov

Joel J. Terragnoli
New York State Attorney General
Main Place Tower
Suite 300A
350 Main Street
Buffalo, NY 14202
Joel.Terragnoli@ag.ny.gov

Christopher J. Hajec
Immigration Reform Law Institute
25 Masssachusetts Ave NW, Suite 335
Washington, DC 20001
chajec@irli.org

Joshua Perry
Attorney General, State of Connecticut
Special Counsel for Civil Rights
55 Elm Street
Hartford, CT 06106-0120
joshua.perry@ct.gov

Jackson Chin
Latino Justice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115
jchin@latinojustice.org

Jorge Luis Vasquez, Jr.
LatinoJustice PRLDEF
475 Riverside Drive
Suite 1903
New York, NY 10115
jvasquez@latinojustice.org

Kathleen A. Reilly
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
kathleen.reilly@arnoldporter.com

Maurice Weathers Sayeh
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
maurice.sayeh@arnoldporter.com

Executed on:  September 9, 2019

_____
Daniel T. Warren

Case 1:19-cv-00902-EAW   Document 61   Filed 09/16/19   Page 6 of 6

836 INDIAN CHURCH RD
WISENSON, NY 14224   19-CV-902

CLERK OF COURT
U.S. DISTRICT COURT
2 NIAGARA SQ
BUFFALO, NY 14202-3350

USDC-WDNY SEP 2019 BUFFALO

SEP 16 2019

14202-335099

