

# COUNTY OF ERIE

**MARK C. POLONCARZ**
COUNTY EXECUTIVE

MICHAEL A. SIRAGUSA
COUNTY ATTORNEY

MICHELLE M. PARKER
FIRST ASSISTANT COUNTY ATTORNEY

DEPARTMENT OF LAW

JEREMY C. TOTH
SECOND ASSISTANT COUNTY ATTORNEY

September 25, 2019

Honorable Elizabeth Wolford
United States District Court, WDNY - Rochester Division
United States Courthouse
100 State Street
Rochester, New York 14614

Re:  Kearns, Michael P. v. Governor Andrew Cuomo, et al.
     Our File No.: 7-20190009
     W.D.N.Y. Case No.: 1:19-cv-00902-EAW

Dear Judge Wolford:

The Plaintiff does not oppose the New York State Conservative Party's Motion (Dkt. No. 67) for permission to file its proposed *amicus curiae* brief (Dkt. No. 67-1)."

Thank you for your attention.

Very truly yours,

MICHAEL A. SIRAGUSA
Erie County Attorney

By: s/Kenneth R. Kirby
Kenneth R. Kirby, Esq.
Assistant County Attorney
Direct Dial: (716) 858-2226
E-mail: Kenneth.kirby@erie.gov

KRK/mc

cc   George M. Zimmermann, Esq.
     Joel J. Terragnoli, Esq.
     Linda Fang, Esq.

95 FRANKLIN STREET – ROOM 1634, BUFFALO, NEW YORK 14202– PHONE (716) 858-2208 – FAX (716)858-2281 (NOT FOR SERVICE)
WWW.ERIE.GOV

Daniel T. Warren
Christopher J. Hajec, Esq.
Joshua Perry, Esq.
Christopher T. Dunn, Esq.
Anthony Philip Falcomer Gemmell, Esq.
Amy Louise Belsher, Esq.
Francisa D. Fajana, Esq.
Jackson Chin, Esq.
Jorge Luis Vasquez, Jr., Esq.
Kathleen A. Reilly, Esq.
Maurice Weathers Sayeh, Esq.
Colleen S. Lima, Esq.
Frank J. Jacobson, Esq.
Dennis Houdek, Esq.

## CERTIFICATE OF SERVICE

    We hereby certify that on September 25, 2019 we electronically filed with the clerk of District Court using its CM/ECF system, and on the same date the court's CM/ECF system caused to be (electronically) served the foregoing to the following CM/ECF participants at the following (email) addresses:

George M. Zimmerman, Esq.
New York State Office of the Attorney General
Attorney for the Defendant(s) Governor Andrew M. Cuomo, Attorney General Letitia A. James, and Commissioner of the New York State Department of Motor Vehicles Mark J.F. Schroeder.
**Office & P. O. Address:**
Main Place Tower
Suite 300A
350 Main Street
Buffalo, New York 14202
Phone: (716) 853-8400
Email: George.Zimmerman@ag.ny.gov

Joel J. Terragnoli, Esq.
New York State Office of the Attorney General
Attorney for the Defendant(s) Governor Andrew M. Cuomo, Attorney General Letitia A. James, and Commissioner of the New York State Department of Motor Vehicles Mark J.F. Schroeder.
**Office & P. O. Address:**
Main Place Tower
Suite 300A
350 Main Street
Buffalo, New York 14202
Phone: (716) 853-8400
Email: Joel.Terragnoli@ag.ny.gov

Linda Fang, Esq.
New York State Office of the Attorney General
Attorney for the Defendant(s) Governor Andrew M. Cuomo, Attorney General Letitia A. James, and Commissioner of the New York State Department of Motor Vehicles Mark J.F. Schroeder.
**Office & P. O. Address:**
28 Liberty Street, 23rd Floor
New York, New York 10005
Phone: (212) 416-8656
Email: Linda.Fang@ag.ny.gov

Christopher T. Dunn, Esq.
Attorney for the N.Y. Civil Libserties Union appearing *"amicus curiae"*
**Office & P.O. Box Address**
Christopher T. Dunn, Esq.
NY Civil Liberties Union
125 Broad Street
17th Floor
New York, New York 10004
212-344-3005
Email: cdunn@nyclu.org

Antony Philip Falcomer Gemmell, Esq.
Attorney for the N.Y. Civil Libserties Union appearing *"amicus curiae"*
**Office & P.O. Box Address**
Antony Philip Falcomer Gemmell, Esq.
NY Civil Liberties Union
125 Broad Street
19th Floor
New York, New York 10004
212-607-3342
Email: agemmell@nyclu.org

Amy Louise Belsher, Esq.
Attorney for the N.Y. Civil Libserties Union appearing *"amicus curiae"*
**Office & P.O. Box Address**
Amy Louise Belsher, Esq.
NY Civil Liberties Union
125 Broad Street
19th Floor
New York, New York 10004
212-607-3342
Email: abelsher@nyclu.org

Francisca D. Fajana, Esq.
Attorney for Rural and Migrant Ministry, *et al.*, Proposed Intervenor
**Office & P.O. Address:**
Francisa D. Fajana
Latino Justice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115
212-739-7576
Email: ffajana@latinojustice.org

Jackson Chin, Esq.
Attorney for Rural and Migrant Ministry, *et al.*, Proposed Intervenor
**Office & P.O. Address:**
Jackson Chin
Latino Justice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115
212-739-7572
Email: jchin@latinojustice.org

Jorge Luis Vasquez, Jr., Esq.
Attorney for Rural and Migrant Ministry, *et al.*, Proposed Intervenor
**Office & P.O. Address:**
Jorge Luis Vasquez, Jr.
Latino Justice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115
212-739-7590
Email: jvasquez@latinojustice.org

Kathleen A. Reilly, Esq.
Attorney for Rural and Migrant Ministry, *et al.,* Proposed Intervenor
**Office & P.O. Address:**
Kathleen A. Reilly
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7450
Email: kathleen.reilly@arnoldporter.com

Maurice Weathers Sayeh, Esq.
Attorney for Rural and Migrant Ministry, *et al.*, Proposed Intervenor
**Office & P.O. Address:**
Maurice Weathers Sayeh
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7864
Email: maurice.sayeh@arnoldporter.com

Colleen S. Lima, Esq.
Attorney for Rural and Migrant Ministry, *et al.*, Proposed Intervenor
**Office & P.O. Address:**
Colleen Lima
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7864
Email: colleen.lima@arnoldporter.com

Daniel T. Warren
*Pro se*, Proposed Intervenor
**Office & P.O. Address:**
Daniel Warren
836 Indian Church
West Seneca, NY 14224
Email: d.warren@roadrunner.com

Frank J. Jacobson, Esq.
Attorney for New York State Conservative Party, appearing *"amicus curiae"*
**Office & P.O. Address:**
Frank Jacobson
Law Office of Ralph C. Lorigo
101 Slade Ave # 2,
Buffalo, NY 14224
(716) 824-7200
Email: fjacobson@lorigo.com

AND, we hereby certify that on September 25, 2019 we mailed a true copy of the foregoing via the United States Postal Service, to each of the following non-CM/ECF participants at the following addresses, by depositing into a United States Postal Service receptacle/depository provided for the same, true copies sealed in postage prepaid, properly addressed wrappers, addressed to each of the following "amicus curiae" counsel at the following addresses, which are their last known addresses:

Christopher J. Hajec, Esq
Attorney for Immigration Reform Law Institute, appearing *"amicus curiae"*
**Office & P. O. Address:**
Christopher J. Hajec, Esq.
Immigration Law Reform Institute
25 Massachusetts Ave. NW
Suite 335
Washington, DC 20001
Phone: (202) 232-5590
Email: chajec@irli.org
Joshua Perry, Esq.

Special Counsel for Civil Rights for the Attorney General of the State of Connecticut,
appearing "*amicus curiae*"

**Office & P. O. Address:**

Office of the Attorney General of the State of Connecticut
Joshua Perry, Esq.
Special Counsel for Civil Rights
P.O.Box 120
55 Elm Street
Hartford, CT 06106
Phone: (860) 808-5372
Email: Joshua.perry@ct.gov

Dennis Houdek, Esq.
Attorney for New York State Conservative Party, appearing "*amicus curiae*"

**Office & P.O. Address:**

Dennis Houdek
305 Broadway, Seventh Floor
New York, NY 10007
212-822-1470

Dated: Buffalo, New York
September 25, 2019

MICHAEL A. SIRAGUSA, ESQ.
Erie County Attorney and Attorney
for Plaintiff Michael P. Kearns in his
official capacity as Clerk of the
County of Erie, New York

By: s/ Kenneth R. Kirby
KENNETH R. KIRBY, ESQ.
Assistant County Attorney, of Counsel
95 Franklin Street, Suite 1635
Buffalo, NY 14202
Tel: (716) 858-2208
Email: kenneth.kirby@erie.gov

By:    s/Thomas J. Navarro, Jr.
THOMAS J. NAVARRO, JR.
Assistant County Attorney, of Counsel
95 Franklin Street, Suite 1635
Buffalo, NY 14202
Tel: (716) 858-2208
Email: thomas.navarro@erie.gov