

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

September 25, 2019

**BY EMAIL TO: WOLFORD@NYWD.USCOURTS.GOV**

Honorable Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    *Kearns v. Cuomo et al.*, No. 19-cv-00902 (EAW)

Your Honor,

    Pursuant to Your Honor's individual rules and Local Civil Rule 7(a)(2)(C), I respectfully request leave to exceed the ten (10) page limit on reply memoranda of law and file a reply memorandum of law in further support of defendants' motion to dismiss that is no more than twenty (20) pages in length.

    The additional pages are necessary because defendants are responding to three sets of papers, specifically plaintiff's opposition to defendants' motion to dismiss (ECF No. 60), the brief of the amicus curiae Immigration Reform Law Institute (ECF No. 21), and the new allegations contained in plaintiff's amended complaint (ECF No. 41).

    Thank you for your consideration of this request.

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
Dated: 9/26/2019

Respectfully submitted,
/s/
Linda Fang
Assistant Solicitor General
(212) 416-8656

cc:    Counsel for plaintiff and proposed intervenors (all via email)

28 LIBERTY STREET, NEW YORK, NY 10005-1400 • PHONE (212) 416-8020 • FAX (212) 416-8962 *NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV